JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LORENA AYALA-ARAUJO, | Case No. 2:16-CV-8677 BRO (JPRx) |
| Plaintiff, | Hon. Beverly R. O'Connell |
| v. | |
| TARGET CORPORATION; and DOES 1 to 10, | **ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT** |
| Defendants. | [Stipulation filed concurrently] |

Good cause appearing therefor, the Court orders as follows:

1. This Matter shall be immediately remanded to the Los Angeles County Superior Court, where the parties to the Stipulation have agreed that plaintiff, LORENA AYALA-ARAUJO, will not recover more than $74,999.00 against defendant, TARGET CORPORATION, or any unnamed Doe defendant in this Matter.

2. All pending deadlines and hearings in this Court are vacated.

IT IS SO ORDERED.

DATED: June 15, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

1
**ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT**